AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

GMAIL Address:

**SEARCH WARRANT**

CASE NUMBER: 07-371-M-01

TO: __Antonio P. Edwards__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Antonio P. Edwards_ who has reason to believe that
☐ on the person or ☒ on the premises known as (name, description and or location)
Computer systems of Google Inc., located at 1600 Amphitheatre Parkway, Mountain View, California, within

the Northern District of California and there is now concealed certain property, namely, that property described in attachment A to the Affidavit, attached hereto.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 30, 2007___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 20 2007 @ 2:00       at Washington, D.C.
Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer

AO 93    (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | | Case Number: 07-371-M-01 |
|---|---|---|
| DATE WARRANT RECEIVED 7/20/2007 | DATE AND TIME WARRANT EXECUTED 7/30/2007 11:00 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Shaunin S. Baoerjiin, Google Legal Support |
| INVENTORY MADE IN THE PRESENCE OF Special Agent Brent Burmester | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. (1) DVD disk containing a copy of the electronic mail and files maintained by Google for the account

**FILED**

AUG 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____    8-6-07
Signature of Judge                                Date